

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Yakov Lifschitz

**CHANGES MADE BY COURT**

Signed and Filed: October 1, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re | Case No. 20-30238 HLB |
| MARIA KRISTUL | Chapter 7 |
|     Debtor | |
| | Adv. Pro. No. 20-03052 |
| YAKOV LIFSCHITZ | |
|     Plaintiff | |
| vs. | |
| MARIA KRISTUL | |
|     Defendant | |

### ORDER SUSPENDING ADVERSARY PROCEEDING

    Upon consideration of the Stipulation of Yakov Lifschitz ("Plaintiff") and Maria Kristul ("Defendant") for Entry of Order Suspending Adversary Proceeding, it appearing that the Stipulation is

reasonable and appropriate and likely to advance the interests of judicial economy and the preservation of litigant resources, and good cause therefore appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The above Adversary Proceeding be, and it hereby is, suspended, and no party shall be obligated to take action with respect thereto during the period of the suspension.

2. The Status Conference presently set for December 10, 2020 be, and it hereby is, taken off calendar.

3. The court will convene a telephonic status conference on June 17, 2021 at 2:00 p.m. The parties shall submit a Status Conference Statement not later than 7 days prior to the Status Conference, which Statement shall apprise the Court of the parties' view as to the desirability of continued suspension of the Adversary Proceeding or a resumption of litigation. The foregoing Status Conference shall *not* constitute the scheduling hearing contemplated by Fed. R. Civ. P. 16(b)(1) made applicable by Fed. R. Bankr. P. 7016 and by Fed. R. Civ. P. 26(f) made applicable by Fed. R. Bankr. P. 7026.

4. At any time, either party, having consulted with the Court's clerk, may give not less than 45 days' notice of a Status Conference in the Adversary Proceeding. Such Status Conference shall constitute the scheduling hearing contemplated by Fed. R. Civ. P. 16(b)(1) made applicable by Fed. R. Bankr. P. 7016 and by Fed. R. Civ. P. 26(f) made applicable by Fed. R. Bankr. P. 7026; and the deadlines contemplated by that Rule and the Court's Discovery Order; Dkt #4; shall apply with respect to that Status Conference. The giving of that notice shall constitute the termination of the suspension of the Adversary Proceeding.

\* \* \* END OF ORDER \* \* \*

*Court's Service List*

All persons entitled to notice of entry of this Order are ECF registered